

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00617-CR

Anthony Charles **MCVEA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 614181
Honorable Melissa Vara, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 11, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

Michael A. Cruz, Clerk of Court